**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**COMPREHENSIVE CARE GROUP, LLC**                                    **PLAINTIFF**

**v.**                                    **Case No. 2:26cv47-BSM**

**NEVADA MEDICAL GROUP, LLC d/b/a BODY & MIND;**
**and STEPHEN "TRIPP" HOFFMAN, individually**                **DEFENDANTS**

### PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME

COMES Plaintiff, Comprehensive Care Group, LLC, by and through counsel, RMP LLP, for its unopposed Motion to Extend Time, states:

1.     On March 26, 26, 2026, Plaintiff filed its Complaint herein.

2.     By agreement of the parties, and Order of the Court entered on the docket on April 23, 2026 [Doc. 9], the Defendants filed their responsive pleading on May 15, 2026.

3.     Defendants filed their Motion to Dismiss on May 15, 2026.

4.     Undersigned counsel has had and will continue to have multiple pre-scheduled depositions since the filing of the Motion to Dismiss as well as other professional obligations.

5.     The parties have conferred, and Defendants have agreed to allow Plaintiff until June 15, 2026 to file its Response to the pending Motion to Dismiss.

6.     Thus, good cause exists to extend the responsive pleading deadline.

7.     Plaintiff respectfully requests that the Court extend its time to file a response to Defendants' Motion to Dismiss to June 15, 2026.

8.     This Motion is not being made for the purposes of delay or harassment.

WHEREFORE, Plaintiff prays that the Court grant this Motion; that its deadline to respond to Defendants' Motion to Dismiss be extended to June 15, 2026; and for all other just and proper relief to which it may be entitled.

Respectfully submitted,

/s/ Mark W. Hodge
Mark W. Hodge (Ark. Bar No. 97205)
RMP LLP
P.O. Box 241370
Little Rock, Arkansas 72223
Tel. (501) 954-9000
Fax (501) 954-9005
mhodge@rmp.law

ATTORNEYS FOR PLAINTIFF COMPREHENSIVE CARE GROUP, LLC